UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
OCT 10 2018
[signature] CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>AUSTIN JOSEPH GENGLER,<br><br>　　　　　　Defendant. | CR 18-40129<br><br>REDACTED INDICTMENT<br><br>Possession of Firearm by a Prohibited Person; Possession of an Unregistered Firearm<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>26 U.S.C. §§ 5861(d), 5845(a), and 5871 |

The Grand Jury charges:

COUNT 1.

On or about May 8, 2018, in the District of South Dakota, Austin Joseph Gengler, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a New England Firearms model Pardner .410 gauge shotgun bearing serial number NJ237825, which had been shipped and transported in interstate commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

COUNT 2.

On or about May 8, 2018, in the District of South Dakota, Austin Joseph Gengler knowingly possessed a firearm as defined by 26 U.S.C. § 5845(a)(2), namely, a short-barreled shotgun, more particularly described as a New England

Firearms model Pardner .410 gauge shotgun bearing serial number NJ237825, with a barrel less than 18 inches long, which was not registered to him in the National Firearms Registration and Transfer Record as required by 26 U.S.C. § 5841, in violation of 26 U.S.C. §§ 5861(d), 5845(a), and 5871.

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of either or both of the offenses set forth in Counts 1 and 2 of this Indictment, the Defendant, Austin Joseph Gengler, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in the commission of the offenses, including, but not limited to, the following:

    a. New England Firearms model Pardner .410 gauge shotgun bearing serial number NJ237825; and

    b. Three (3) rounds of .410 gauge ammunition.

3. If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

[2]

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL:

**Name Redacted**

Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: [signature]

[3]